Certificate Number: 05781-MIE-DE-041269111

Bankruptcy Case Number: 26-31339



05781-MIE-DE-041269111

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 30, 2026</u>, at <u>4:34</u> o'clock <u>PM PDT</u>, <u>Lashay Coleman</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date:  <u>July 30, 2026</u>          By:     <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>